(130 So. 527)

### Alton B. PARKER v. STATE.

#### 4 Div. 525.

Supreme Court of Alabama.

Oct. 30, 1930.

J. C. Fleming and M. A. Owen, both of Elba, and M. S. Carmichael, of Montgomery, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.

Petition of Alton B. Parker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Parker v. State, 130 So. 525.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.